**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**DEBRA PIPPINS**                                                           **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO. 3:18-CV-541-HTW-LRA**

**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY;
MARSHALL L. FISHER, CHAIRMAN OF THE
MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY;
AND JAMES WALKER, INDIVIDUALLY AND IN
HIS OFFICIAL CAPACITY**                                     **DEFENDANTS**

<u>**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**</u>

The Mississippi Department of Public Safety ("DPS"), Marshall L. Fisher and James Walker, by and through counsel, and pursuant to Fed. R. Civ. P. 56, move this honorable Court for summary judgment in their favor as to all claims herein. In support of this motion, the Defendants would show unto the Court as follows:

1.      Debra Pippins is employed by the Mississippi Department of Public Safety.

2.      In her Complaint, Pippins alleges that she has been subjected to retaliation for asserting her rights under Title VII, and for engaging in her First Amendment right to free speech. She further alleges that she has been subjected to discrimination in violation of her right to equal protection under the United States Constitution.

3.      There are no genuine issues of material fact in dispute in this matter, and the Defendants are all entitled to judgment as a matter of law.

4.      For the reasons set forth in the memorandum brief of authorities being filed in support of this motion and contemporaneously herewith, the Defendants are entitled to summary judgment in their favor as to all claims herein.

5.      In further support of this motion, the Defendants submit the following exhibits:

      A.      The deposition of Debra Pippins, appended hereto as Exhibit 1;

      B.      Pippins' September 2017 grievance, appended hereto as Exhibit 2;

      C.      The deposition of James Walker, appended hereto as Exhibit 3;

      D.      Record of counseling dated September 6, 2017, appended hereto as Exhibit 4;

      E.      October 1, 2015 Transfer Order, appended hereto as Exhibit 5; and

      F.      Payroll document regarding A. McCool, appended hereto as Exhibit 6.

WHEREFORE, PREMISES CONSIDERED, the Mississippi Department of Public Safety ("DPS"), Marshall L. Fisher and James Walker request that this Court grant them summary judgment on all claims herein and dismiss this action with prejudice.

Respectfully submitted this the 23rd day of September, 2019.

              **MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY; MARSHALL L. FISHER; AND JAMES WALKER, Defendants**

              **JIM HOOD, ATTORNEY GENERAL STATE OF MISSISSIPPI**

              BY:   Benny M. May

Benny M. May (MSB #100108)
*Office of the Attorney General*
Civil Litigation Division
Post Office Box 220
Jackson, Mississippi 39205
Email: bemay@ago.ms.gov
Telephone: (601) 359-3680
Facsimile: (601) 359-2003